UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Petitioner,<br><br>    v.<br><br>DORAN KRAUS,<br><br>                   Respondent. | No. MC08-5051-RBL-KLS<br><br>ORDER GRANTING MOTION TO EXTEND SERVICE DEADLINE |

THIS MATTER, having come before the Court on the United States' Motion to Extend Service Deadline, the United States of America, being represented by its counsel, Jeffrey C. Sullivan, United States Attorney, and Kristin B. Johnson, Assistant United States Attorney, the Court having reviewed the pleadings, now therefore,

//
//
//
//
//

ORDER GRANTING UNITED STATES' MOTION
TO EXTEND SERVICE DEADLINE - 1
[MC08-5051-RBL-KLS]

1  IT IS HEREBY ORDERED THAT the United States' Motion to Extend Service
2 Deadline is GRANTED. The service deadline is hereby extended to the 7th day of
3 November, 2008.

DATED this 6th day of October, 2008.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION
TO EXTEND SERVICE DEADLINE - 2
[MC08-5051-RBL-KLS]