UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DORAN KRAUS,<br><br>　　　　　　　Respondent. | NO. MC08-5051-RBL<br><br>ORDER OF ENFORCEMENT<br>OF SUMMONS |

WHEREAS, the Court having issued an Order of Reference and Directing the respondent to Show Cause why the Internal Revenue Service summons served in this case should not be enforced, and the respondent having been served with such Order, and

WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the Internal Revenue Service summons served on the respondent on November 8, 2007.

WHEREFORE, IT IS ORDERED that the respondent shall appear before investigating Revenue Officer Steve Baker, or any other proper agent, officer, or employee of the Internal Revenue Service, not later than twenty (20) workdays following the entry of this Order to testify and produce records as demanded in such summons.

ORDER OF ENFORCEMENT OF SUMMONSES - 1
MC08-

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that if the respondent fails to comply with this Order, the respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this ORDER by certified mail to the respondent, Doran Kraus, 5901 - 16th Street Ct NE, Tacoma, WA 98422, to the United States Attorney, and to the United States Magistrate Judge to whom this matter is assigned.

DATED this 9th day of January, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

RECOMMENDED for entry this 9th
day of January, 2009.

s/Karen L. Strombom
Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER OF ENFORCEMENT OF SUMMONSES - 2
MC08-