District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Petitioner,

     v.

DORAN KRAUS,

                Respondent.

CASE NO. 3:08-MC-05051-RBL

ORDER OF DISMISSAL

Petitioner, United States of America, filed a Notice of Compliance reporting that Respondent Doran Kraus has complied with the Internal Revenue Service (IRS) Summons in this matter and that judicial enforcement is no longer needed. Accordingly, for the reasons stated in the United States' Notice of Compliance, the Court orders as follows:

1. Mr. Kraus has purged himself of civil contempt of court by complying with the IRS Summons; and

//
//
//
//

Order of Dismissal
*United States v. Kraus*, 3:08-MC-05051-RBL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. This summons enforcement action is hereby dismissed.

It is so ordered.

DATED this 17th day of February, 2017.

Ronald B. Leighton
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

Order of Dismissal
*United States v. Kraus*, 3:08-MC-05051-RBL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970